IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:16-cr-140 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| | | INDICTMENT |
| ENRIQUE HERRERA | : | 18 U.S.C. § 1952(a)(3) |
| | | 18 U.S.C. §§ 1956(a)(2)(A) & (a)(2)(B)(i) |
| Defendant. | : | 18 U.S.C. § 2 |
| | | FORFEITURE |

THE GRAND JURY CHARGES THAT:

### COUNT 1
### [18 U.S.C. § 1952(a)(3)]

On or about October 25, 2016, in the Southern District of Ohio, and elsewhere, defendant **ENRIQUE HERRERA** traveled in interstate and foreign commerce from Mexico through El Paso, Texas to the State of Ohio, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity – namely, a business enterprise involving controlled substances – and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

### COUNT 2
### [18 U.S.C. §§ 1956(a)(2)(A) and 2]

On or about October 29, 2016, in the Southern District of Ohio, and elsewhere, defendant **ENRIQUE HERRERA**, aiding and abetting others unknown to the Grand Jury, attempted to transport monetary instruments – namely, United States currency – from a place in the United

States (the State of Ohio) to a place outside the United States (Mexico) with the intent to promote the carrying on of specified unlawful activity – namely, conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

## COUNT 3
### [18 U.S.C. §§ 1956(a)(2)(B)(i) and 2]

On or about October 29, 2016, in the Southern District of Ohio, and elsewhere, defendant **ENRIQUE HERRERA**, aiding and abetting others known and unknown to the Grand Jury, attempted to transport monetary instruments – namely, United States currency – from a place in the United States (the State of Ohio) to a place outside the United States (Mexico) knowing that the monetary instruments involved in the transportation represented the proceeds of some form of unlawful activity and knowing that such transportation was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity – namely, a conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

## FORFEITURE

Upon conviction of any offense alleged in Counts 1, 2 and/or 3 of this Indictment, the defendant, **ENRIQUE HERRERA**, shall forfeit to the United States pursuant to 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said violations, including but not limited to the following:

a. $127,105.00 U.S. Currency.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §981(a)(1)(A) and 28 U.S.C. §2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

A TRUE BILL

/s/ signed
FOREMAN

BENJAMIN C. GLASSMAN
United States Attorney

DWIGHT K. KELLER
Assistant United States Attorney